### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. |
| | ) |
| RALPH E. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## C O M P L A I N T

1. Plaintiff is the United States.  Jurisdiction is based on 28 U.S.C. §1345.

2. Defendant RALPH E. WILLIAMS resides at 2104 Scarbrough Road, Springfield, IL 62701,  which is in the Central District of Illinois, .

3. Defendant is indebted to Plaintiff in the amount of $64,992.13 (comprising of $32,904.01 principal, $31,738.12 agency accumulated interest, plus $350.00 court costs), together with additional interest at the rate of 9.00% from July 6, 2006, until the date of Judgment (i.e., $8.11 per day).  (See Exhibit A, attached.)

4. Due demand has been made upon Defendant; Defendant has failed, neglected and refused, and continues to fail, neglect and refuse to reimburse Plaintiff.

**WHEREFORE**, Plaintiff prays for Judgment against said Defendant in the above amount, plus interest from the date of Judgment at the legal rate until paid in full, and other proper relief.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

**DATED**: August 30, 2006

By:  s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450 Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Ralph E. Williams
aka Ralph Williams
2104 Scarbrough Rd
Springfield, IL 62701
SSN:        7892

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 07/06/06.

On or about 12/08/88, the borrower executed promissory note(s) to secure loan(s) of $29,178.71, from Student Loan Marketing Association at 9.00 percent interest per annum. This loan obligation was guaranteed by United Student Aid Funds and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 03/25/93, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $30,539.50 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(2), the guarantor charged the borrower interest on the total amount paid to the holder. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 11/03/04, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $32,904.01 |
| Interest: | $31,738.12 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 07/06/06: | $64,642.13 |

Interest accrues on the principal shown here at the rate of $8.11 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 7/20/06

Name: s/Deloris Gorham
Title: Loan Analyst
Branch: Litigation

DELORIS GORHAM
LOAN ANALYST

EXHIBIT A

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

## I (a) PLAINTIFFS
United States of America

## DEFENDANTS
RALPH E. WILLIAMS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) Sangamon

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
Sangamon

**(c)** ATTORNEYS
U.S. Attorneys Office
James A. Lewis
318 S. 6th Street
Springfield, Illinois 62701
(2167)492-4450/FAX (217)492-4888

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION

- ■ 1 **U.S. Government Plaintiff**
- ☐ 2 **U.S. Government Defendant**
- ☐ 3 **Federal Question** (U.S. Government Not a Party)
- ☐ 4 **Diversity** (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business in Another Place | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION
Title Iv, Part B, Higher Education Act of 1965, as amended C.F.R., Title 45, Part 177, Subpart E- Recovery of Education loan insured by the U.S. Department of Education.
Title 28 U.S.C. § 1345

## V. NATURE OF SUIT

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ■ 152 Recovery of Defaulted Student Loans (excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Person injury -- Med Malpractice
- ☐ 365 Personal Injury -- Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL INJURY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Other

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt Relations
- ☐ 730 Labor/Mgmt Reporting & Disclouse Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Blank Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 470 RICO
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. ORIGIN

- ■ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND** $ $64,992.13

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES  NO X

## VIII. RELATED CASES IF ANY
Judge _____  Docket Number _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| August 30, 2006 | s/James A. Lewis |
| **UNITED STATES DISTRICT COURT** | AUSA James A. Lewis |