# United States District Court

CENTRAL   DISTRICT OF   ILLINOIS

SPRINGFIELD DIVISION

UNITED STATES OF AMERICA,

v.

RALPH E. WILLIAMS

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 06-2164

TO:   RALPH E. WILLIAMS
2104 SCARBROUGH ROAD
SPRINGFIELD, IL 62702

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

James A. Lewis
Assistant United States Attorney
318 S. 6th Street
Springfield, IL 62701
Tel: 217/492-4450

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/John M. Waters
CLERK

s/K. Wynn
(BY) DEPUTY CLERK

Oct 20, 2006
DATE