E-FILED
Wednesday, 29 November, 2006 12:06:32 PM
Clerk, U.S. District Court, ILCD

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 06-2164 |
| **DEFENDANT** RALPH E. WILLIAMS | **TYPE OF PROCESS** SUMMONS & complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Ralph E. Williams

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

2104 Scarbrough Rd
Springfield, IL 62702    HM 522-3649    WR 414-8290

FILED
NOV 29 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
Attn: Financial Litigation Unit/MAB
318 S. 6th Street
Springfield, IL 62701

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                            Fold

DEBT COLLECTION CASE

Self Employed Attorney

Signature of Attorney or other Originator requesting service on behalf of:
*James A. Lewis* (signature)
AUSA James A. Lewis

XX PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 217-492-4450

DATE: 10/18/2006

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 5 | Signature of Authorized USMS Deputy or Clerk | Date 10-24-6 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Linda Williams (wife)

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 11/21/06    Time: 15:38 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 4.45 | | | | 49.45 | |

REMARKS: