### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-2164 |
| | ) |
| RALPH E. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR DEFAULT JUDGMENT

Plaintiff United States of America moves, pursuant to Rule 55, Fed. R. Civ. P., for a Default Judgment against the defendant, RALPH E. WILLIAMS, on grounds that:

1. The United States of America has filed a Complaint seeking affirmative relief against the defendant, RALPH E. WILLIAMS;

2. The Defendant was regularly served with the Complaint and Summons, and a copy of the Marshals Process Receipt and Return is attached and marked as Exhibit 1;

3. The Defendant has failed to plead or otherwise defend, and the time to plead or otherwise defend has expired;

4. To the best of the government's knowledge and belief, the Defendant is not an infant or incompetent person and is not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, and an Affidavit in Support of this belief is attached and marked as Exhibit 2; and

5. The claim of the United States of America is for a sum certain for the recovery of the amount due of $65,041.58 (comprising of $32,904.01 principal, $31,738.12 agency accumulated interest, $49.45 marshal's costs,  plus $250.00 court costs), together with additional interest at the

rate of 9.00% from July 6, 2006, until the date of this Judgment (i.e. $8.11 per day) and with future cost and interest at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full; and the claim is evidenced by supporting documents which are attached and marked as Exhibit 3.

**WHEREFORE,** the United States of America respectfully requests that this Court enter Default Judgment against the Defendant, RALPH E. WILLIAMS, in the above-entitled matter.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

December 15, 2006

By: s/ James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United states Attorney's Office
318 S. 6th Street
Springfield, Il 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION FOR DEFAULT JUDGMENT** has this December 15, 2006, been made upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Ralph E. Williams
2104 Scarbrough Road
Springfield, IL 62702

By:  s/ James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-2164 |
| | ) |
| RALPH E. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

In this action for judgment, RALPH E. WILLIAMS, having been regularly served with the Summons and Complaint and having failed to plead or otherwise defend, the legal time for pleading or otherwise defending having expired, therefore the default of RALPH E. WILLIAMS, is duly entered by the Court according to law; upon the application of the United States of America, Judgment is hereby entered against RALPH E. WILLIAMS, in the amount of $65,041.58 (comprising of $32,904.01 principal, $31,738.12 agency accumulated interest, $49.45 marshal's cost, plus $250.00 court costs), together with additional interest at the rate of 9.00% from , until the date of this Judgment (i.e., $8.11 per day), and with future costs and interest from the date of Judgment at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

**ENTERED** this ____ day of January, 2007.

_____
MICHAEL P. MC CUSKEY
UNITED STATES DISTRICT JUDGE

2:06-cv-02164-MPM-DGB    # 5-2    Page 1 of 5    E-FILED
                                                        Friday, 15 December, 2006 09:10:40 AM
2:06-cv-02164-MPM-DGB    # 4    Page 1 of 1                  Clerk, U.S. District Court, ILCD

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 06-2164 |
| **DEFENDANT** RALPH E. WILLIAMS | **TYPE OF PROCESS** SUMMONS & complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Ralph E. Williams

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

2104 Scarbrough Rd
Springfield, IL 62702    HM 522-3649    WR 414-8290

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
Attn:  Financial Litigation Unit/MAB
       318 S. 6th Street
       Springfield, IL 62701

Number of process to be served with this Form - 285

Number of parties to be served in this case: 1

Check for service on U.S.A.

FILED
NOV 29 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DEBT COLLECTION CASE

Self Employed Attorney

Signature of Attorney or other Originator requesting service on behalf of:
AUSA James A. Lewis

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 217-492-4450
DATE: 10/18/2006

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 5 | Signature of Authorized USMS Deputy or Clerk | Date 10-24-6 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Linda Williams (wife)

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 11/21/06    Time: 15:38 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 4.45 | | | | 49.45 | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CIVIL NO. 06-2164 ) |
| RALPH E. WILLIAMS, | ) ) ) |
| Defendant. | ) |

**AFFIDAVIT FOR DEFAULT AND JUDGMENT**

State of Illinois    )
County of Sangamon  )

James A. Lewis, being first duly sworn, deposes and says that:

1. I am an Assistant United States Attorney for the Central District of Illinois, and represent the Plaintiff in the above-entitled and numbered action;

2. That on November 21, 2006, the Defendant was duly served with a copy of the Summons and Complaint in this action within the Central District of Illinois;

3. The Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and therefore is now in default;

4. To my best information and belief, based on appropriate inquiry, including access to the Defense Manpower Data Center website, the Defendant is not an infant or incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended;

**EXHIBIT 2**

5. The claim of the Plaintiff is for a sum certain for the recovery of a U.S. Department of Education Student Loan Default; and

6. The amount due is $65,041.58 (comprising of $32,904.01 principal, $31,738.12 agency accumulated interest, $49.45 marshal's costs, plus $250.00 court cost), together with additional interest at the rate of 9.00% from July 6, 2006, until the date of this Judgment (i.e., $8.11 per day), and with future costs and interest from the date of Judgment at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

This Affidavit is made in compliance with Rule 55 (a) and (b), Fed. R. Civ. P., for the purpose of requesting the Court to enter Default and Judgment against the Defendant in the amount set forth above.

December 15, 2006

By:  s/ James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, IL 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim Lewis2@usdoj.gov

Pursuant to Title 28, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 15, 2006      s/ James A. Lewis
James A. Lewis, Assistant U.S. Attorney

E-FILED
Thursday, 31 August, 2006   12:07:02 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) COURT NO. | |
| | ) | |
| RALPH E. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

COPY

## COMPLAINT

1. Plaintiff is the United States. Jurisdiction is based on 28 U.S.C. §1345.

2. Defendant RALPH E. WILLIAMS resides at 2104 Scarbrough Road, Springfield, IL 62701, which is in the Central District of Illinois, .

3. Defendant is indebted to Plaintiff in the amount of $64,992.13 (comprising of $32,904.01 principal, $31,738.12 agency accumulated interest, plus $350.00 court costs), together with additional interest at the rate of 9.00% from July 6, 2006, until the date of Judgment (i.e., $8.11 per day). (See Exhibit A, attached.)

4. Due demand has been made upon Defendant; Defendant has failed, neglected and refused, and continues to fail, neglect and refuse to reimburse Plaintiff.

**WHEREFORE**, Plaintiff prays for Judgment against said Defendant in the above amount, plus interest from the date of Judgment at the legal rate until paid in full, and other proper relief.

Respectfully submitted,

**RODGER A. HEATON
UNITED STATES ATTORNEY**

**DATED:** August 30, 2006

By:  s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450  Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov

**EXHIBIT 3**

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Ralph E. Williams
aka Ralph Williams
2104 Scarbrough Rd
Springfield, IL 62701
SSN:         7892

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 07/06/06.

On or about 12/08/88, the borrower executed promissory note(s) to secure loan(s) of $29,178.71, from Student Loan Marketing Association at 9.00 percent interest per annum. This loan obligation was guaranteed by United Student Aid Funds and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 03/25/93, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $30,539.50 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(2), the guarantor charged the borrower interest on the total amount paid to the holder. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 11/03/04, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $32,904.01 |
| Interest: | $31,738.12 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 07/06/06: | $64,642.13 |

Interest accrues on the principal shown here at the rate of $8.11 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 7/20/06        Name: s/Deloris Gorham
                            Title: Loan Analyst
                            Branch: Litigation

**DELORIS GORHAM
LOAN ANALYST**

EXHIBIT A