# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-2164 |
| | ) |
| RALPH E. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF HEARING ON MOTION FOR DEFAULT JUDGMENT

**TO:**  Ralph E. Williams
2104 Scarbrough Road
Springfield, IL 62702

**PLEASE TAKE NOTICE** that we will appear on January 11, 2007, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the United States District Court, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment in the above entitled-case and you may be present at said time if you so desire.

**DATED:** December 15, 2006

Respectfully submitted,

**RODGER A. HEATON
UNITED STATES ATTORNEY**

By:  s/ James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Il 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **NOTICE** has this December 15, 2006, been made upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>Ralph E. Williams
>2104 Scarbrough Road
>Springfield, IL 62702

By:  s/ James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov