E-FILED
Thursday, 11 January, 2007 12:20:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) CIVIL NO. 06-2164 | |
| RALPH E. WILLIAMS, | ) | |
| Defendant. | ) | |

FILED
JAN 1 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### DEFAULT JUDGMENT

In this action for judgment, RALPH E. WILLIAMS, having been regularly served with the Summons and Complaint and having failed to plead or otherwise defend, the legal time for pleading or otherwise defending having expired, therefore the default of RALPH E. WILLIAMS, is duly entered by the Court according to law; upon the application of the United States of America, Judgment is hereby entered against RALPH E. WILLIAMS, in the amount of $65,041.58 (comprising of $32,904.01 principal, $31,738.12 agency accumulated interest, $49.45 marshal's cost, plus $250.00 court costs), together with additional interest at the rate of 9.00% from , until the date of this Judgment (i.e., $8.11 per day), and with future costs and interest from the date of Judgment at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

ENTERED this 11th day of January, 2007.

s/Michael P. McCuskey
MICHAEL P. MC CUSKEY
UNITED STATES DISTRICT JUDGE