# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA**

vs.                                                              Case Number:   **06-2164**

**RALPH E. WILLIAMS**

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the default of Ralph E Williams is duly entered by the Court according to law; upon application of the United States of America, Judgment is hereby entered against Ralph E Williams in the amount of $65,041.58 (comprising of $32,904.01 principal, $31,738.12 agency accumulated interest, $49.45 marshal's cost, plus $250.00 court costs), together with additional interest at the rate of 9.00% from, until the date of this Judgment (i.e., $8.11 per day), and with future costs and interest from the date of Judgment at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

ENTER this 11th day of January, 2007

s/John M. Waters
_____
JOHN M. WATERS, CLERK

s/V. Ball
_____
BY:  DEPUTY CLERK